**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-3107

CORA A. METZ,

                              Petitioner,

v.

John M. McHugh, SECRETARY, DEPARTMENT OF THE ARMY,

                              Respondent.

Petition for review of the Merit Systems Protection Board in No. DC0752110154-I-1.

Authorized Abbreviated Caption[2]

CORA METZ v JOHN MCHUGH, 2013-3107

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.