**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

CORA METZ v. JOHN MCHUGH

No. 13- 3107

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se    ✓ As counsel for:  CORA METZ
                                  Name of party

I am, or the party I represent is (select one):

___ Petitioner   ___ Respondent   ___ Amicus curiae   ___ Cross Appellant

✓ Appellant   ___ Appellee   ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant   ___ Respondent or appellee

My address and telephone are:

Name: DEANO CARLOS WARE
Law firm: DEANO C. WARE, P.C.
Address: 24801 FIVE MILE SUITE 12
City, State and ZIP: REDFORD, MICHIGAN 48239
Telephone: 313-541-8433
Fax #: 313-334-7754
E-mail address: ATTORNEYWARE@MSN.COM

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): ~~12/9/2003~~ 5/10/13

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes   ___ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/1/2013                        /s/ _____
Date                            Signature of pro se or counsel

cc: _____